In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-21-00057-CV
_____

### ADAM HOGLE AND ANGELA SLOTT HOGLE, Appellants

### V.

### REB TX PROPERTIES, LLC, Appellee

**On Appeal from the 278th District Court**
**Walker County, Texas**
**Trial Cause No. 1627869**

### MEMORANDUM OPINION

Appellants, Adam Hogle and Angela Slott Hogle, and appellee, REB TX Properties, LLC, filed a joint motion to dismiss this appeal. The parties represent that they have reached a settlement agreement. This motion is voluntarily made by the agreement of the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(2). The joint motion to dismiss is granted, and the appeal is dismissed.[1]

---

[1]This case was transferred to this Court from the Tenth Court of Appeals in Waco, Texas, pursuant to a docket equalization order. *See* Tex. Gov't Code Ann. § 73.001.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on September 1, 2021
Opinion Delivered September 2, 2021

Before Golemon, C.J., Kreger and Horton, JJ.